1   SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8

GRANTED

*Judge James Ware*

6/12/2007

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12   LING ZHANG,                          )
                                          )   No. C 07-1150 JW
13              Plaintiff,                 )
                                          )
14       v.                               )
                                          )   **JOINT CASE MANAGEMENT**
15   MICHAEL CHERTOFF, Secretary U.S.      )   **CONFERENCE STATEMENT**
     Department of Homeland Security;      )
16   ROBERT DIVINE, Acting District Director, )
     U.S. Citizenship and Immigration Services; )
17   ALBERTO GONZALES, Attorney General,   )
     U.S. Department of Justice,           )
18                                         )
                Defendants.                )
19   _____ )

20       1.  Jurisdiction and Service: All parties have been served.  Plaintiff has asserted jurisdiction

21   under the mandamus statute and under the Administrative Procedure Act, seeking mandamus and

22   declaratory judgment.  Defendants will argue that the Court lacks jurisdiction to compel the

23   agencies to act in this case.

24       2.  Facts: In October 2005, Plaintiff filed a Form I-485 application for adjustment of status to

25   Legal Permanent Resident with USCIS.  On February 26, 2007, Plaintiff, *pro se*, filed this

26   Complaint for a Writ in the Nature of Mandamus, alleging that Defendants are unlawfully

27   withholding or unreasonably delaying action on his I-485 application, and asking the Court to

28   direct USCIS to adjudicate her application for adjustment of status, issue a notice of approval and

Joint Case Management Conference Statement
C07-1150 JW                                1

1  award attorneys' fees.  Plaintiff's name check is still pending with the Federal Bureau of

2  Investigations.

3    3.  Legal Issues: The principal legal issue the parties dispute is whether the Court has

4  jurisdiction to compel agency action in this case and if so, whether Defendants' delay, as a matter

5  of law, is arbitrary and not in accordance with the law.

6    4.  Motions: Defendants intend to file a motion to dismiss and supporting declarations by Juen

7  18, 2007, noticing a hearing date in accordance with the Local Rules.  Plaintiff will timely file an

8  opposition to Defendants' motion and Defendants will file a reply.  If the motion is denied, the

9  parties believe that this case can be resolved on cross-motions for summary judgment.

10    5.  Amendment of Pleadings: None.

11    6.  Evidence Preservation: None.

12    7.  Disclosures: The parties believe that this Court's review will be confined to the

13  administrative record and therefore this proceeding is exempt from the initial disclosure

14  requirements under Fed. R. Civ. P. 26.

15    8.  Discovery: There has been no discovery to date and the parties believe this matter can be

16  resolved without discovery.

17    9.  Class Actions: Not applicable.

18    10.  Related Cases: None.

19    11.  Relief: Plaintiff asks that the Court direct USCIS to adjudicate her adjustment of status

20  application, issue a notice of approval, award attorneys' fees and grant such other relief at law and

21  in equity as justice may require.

22    12.  Settlement and ADR: The parties filed a joint request for an ADR telephonic conference

23  on June 4, 2007, which has been scheduled for June 14, 2007.

24    13.  Consent to Magistrate Judge for All Purposes: The parties consent to  magistrate judge

25  jurisdiction.

26    14.  Other References: None.

27    15.  Narrowing of Issues: None.

28    16.  Expedited Schedule: The parties believe this matter can be solved through motions.

1       17.  Scheduling: The hearing date for Defendants motion to dismiss will be set by June 18,

2   2007, in accordance with the Local Rules and this Court's calendar.  Should the Court deny the

3   motion to dismiss, the parties will ask for a briefing schedule on cross-motions for summary

4   judgment.

5       18.  Trial: The parties believe the matter can be resolved through motions.

6       19.  Disclosure of Non-party Interested Entities or Persons: None.

7       20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this

8   matter: None.

9   Dated: June 8, 2007                Respectfully submitted,

10                                    SCOTT N. SCHOOLS
                                      United States Attorney

11

12                                    _____/s/_____

13                                    ILA C. DEISS
                                      Assistant United States Attorney
                                      Attorneys for Defendants

14

15  Dated: June 7, 2007                _____/s/_____

16                                    LING ZHANG
                                      *Pro Se*

17

18                            **CASE MANAGEMENT ORDER**

19      The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as

    the Case Management Order for the case, and the parties are ordered to comply with this Order.

20

21  Dated:    June 12 2007

22                                  JAMES WARE
                                    United States District Judge

23

24

25

26

27

28