1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 LING ZHANG,                              )
                                            ) No. C 07-1150 PVT
13              Plaintiff,                  )
                                            )
14       v.                                 )
                                            ) **PARTIES' CONSENT TO MAGISTRATE**
15 MICHAEL CHERTOFF, Secretary U.S.         ) **JURISDICTION; STIPULATION TO**
   Department of Homeland Security;        ) **DISMISS; AND [PROPOSED] ORDER**
16 ROBERT DIVINE, Acting District Director, )
   U.S. Citizenship and Immigration Services; )
17 ALBERTO GONZALES, Attorney General,    )
   U.S. Department of Justice,             )
18                                          )
                Defendants.                 )
19 _____ )

20      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

21 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

22 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

23 final judgment.

24      Additionally, the parties hereby stipulate, subject to the approval of the Court, to dismissal of

25 the action in light of the adjudication of Plaintiff's adjustment of status application.

26      Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C07-1150 PVT                              1

1 | Dated: July 9, 2007

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 6, 2007

/s/
LING ZHANG
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/11/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-1150 PVT                                    2

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on     *7/11/07*         to:

Ling Zhang
1248 Briarleaf Circle
San Jose, Ca 95131

                                                        ___*/s/  Donna Kirchner, for*___
                                                        CORINNE LEW
                                                        Courtroom Deputy